# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163001(50)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

JAY A. YENSEN,
    Defendant-Appellee.

SC: 163001
COA: 350176
Eaton CC: 2018-020111-FC

_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer submitted on June 22, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



Clerk